A1

03 cv1003 AWT to PRO

FILED
2004 JAN -6 P
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALENTINE BUCKNOR, Plaintiff,

v.

C&S WHOLESALE GROCERS, INC.,

CIVIL ACTION NO. 3:03-CV-01003 (AWT)

Dec 12/30/03

motion to Proceed,

Defendant C.&.S wholesale grocers Inc, in Reply to There motion to Dismiss, I The Plaintiff Asked to Proceed In PAUPA, There are sufficient ground to Proceed, There Are Too many Evident to Bring forth. violation of federal and State law, discrimination Practices. Abuse Hostile work Place, Negligences such AS medical Treatment for Injuries, obtain while on duty, The Company Reframe from, In other Instances The Company has gone or miss Lead, me In deffiant Behalf of Send letting me Call Personell of The Insurance Company, which C-S. Knowingly That I was not going to Received Any Answers from The Insurer., Therefore I Rest and Asked The Court To Proceed, or motioned To Proceed, under Fed R. Civ: P.-8(A)2, I have Set forth my Complain showing my Pleading for Relief. The Federal Rules only Requiring The ComPlaint to set forth A short and Plain statement of The Claim So The Defendant to see what The Plaintiff is Complaining About, which I do,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALENTINE BUCKNOR, Plaintiff,

v.

C&S WHOLESALE GROCERS, INC.,

CIVIL ACTION NO. 3:03-CV-01003 (AWT)

Dec 18-03

Plaintiff valentine do motion, The Court To Proceed, I do need Relief Over medicAl, Treatment.

Plaintiff
valentine Bucknor
Valentine Bucknor
28 Allen DR 06106
HARtford C.T.

Certificate of Service

I hereby certify A Copy of The said foregoing motion to Proceed In PAPUA was mailed first CLASS. Postage Paid on The 5th day of January 2004 to

To city PlAcel
185 ASylum Street
HARtford Connecticut

Qvalentine Buckner
Qvalentine BucknoR