10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALENTINE BUCKNOR,            :

Plaintiff,          :          CIVIL ACTION
                                          NO. 3:03-CV-01003 (AWT)
v.                                 :

C&S WHOLESALE GROCERS, INC.,  :

Defendant.          : 29. JULY   2003

Motion to Reject time

To The HonoRABlE Judge or mAjesty
I PlEAd for mercy, In this Cinil Suit
not To grant further time. The Defendant
HAd 200 day To Plead. I Am Pleading To The
HonoRAbE Judge To Reject any motion for
Time, This his A Very Eragant matter.
for 3 yeaRs All most. I have been In hARsh
unbearable Pain. for so long The defendant
hed BlATANTlY Ignore my Plea for mercy,
with MAlAce HATRed and Thane might,
rained sided with othe Persons of
Intress. to suffered one more of The truth
I wrot wrote This lotter, In Tears And
Pleading to The Court not to grant such Motion.

DENIED. It is so ordered.

VAlentine BucknoR

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/24/04