UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -6  P 12: 20

DISTRICT COURT
HARTFORD, CT.

---------------------------------x
VALENTINE BUCKNOR,            :
                              :
      Plaintiff,              :
                              :
v.                            :   Civil No. 3:03CV01003(AWT)
                              :
C&S WHOLESALE GROCERS, INC.,  :
                              :
      Defendant.              :
---------------------------------x

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

____ A ruling on the following motions, which are currently pending: _____ (orefm.)

____ A settlement conference (orefmisc./cnf)

_X__ Other: _A status conference at which the parties shall review the case management plan._ (orefmisc./misc)

It is so ordered.

Dated this __25th__ day of _February_, 2004, at Hartford, Connecticut.

                                  _____
                                  Alvin W. Thompson
                                  United States District Judge