FILED

2004 MAR -8 P 2: 35

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALENTINE BUCKNOR, | : CIVIL NO. |
| Plaintiff | 3:03-CV-01003 (AWT) |
| VS. | : |
| C & S WHOLESALE GROCERS, INC. | : |
| Defendant | : MARCH 5, 2004 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Plaintiff,

Valentine Bucknor:

    Kenneth I. Friedman, Law Offices of Ken Friedman, LLC
    2389 Main Street
    Glastonbury, CT  06033.
    Ph 860-659-6557
    Fax 860-659-1625
    e mail: kfriedman@kenfriedman.com

                      PLAINTIFF

                      By _____
                      Kenneth I. Friedman
                      federal bar no. ct03344

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class mail to all counsel of record, as follows, on this 5day of March, 2004: Lissa J. Paris and Derek T. Werner, Murtha Cullina, LLP, CityPlace 1 - 185 Asylum Street, Hartfford, CT 06103-3469

_____
Kenneth I. Friedman

2