

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | CIVIL NO. |
| Plaintiff | : | 3:03-CV-01003 (AWT) |
| | : | |
| VS. | : | |
| | : | |
| C & S WHOLESALE GROCERS, INC. | : | |
| Defendant | : | MARCH 15, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the Court's order dated February 25, 2004, and Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves for leave of court to amend his complaint, in accordance with the proposed amended complaint submitted herewith.

The purpose of the amendment is to address the issues raised in the court's order of February 25, 2004 and also to set forth statutory claims under 42 U.S.C. Section 1981 and Conn. Gen. Stat. Section 31-290a, and to further clarify the allegations of the complaint.

A memorandum of law in support of this motion is submitted herewith.

PLAINTIFF

By: _____
Kenneth I. Friedman
Law Offices of Ken Friedman, LLC
2389 Main Street
Glastonbury, CT 06033
Telephone (860) 659-6557
Facsimile (860) 659-1625
Federal Bar No. ct03344
Email: Kfriedman@kenfriedman.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class mail to all counsel of record, as follows, on this 16 day of March, 2004: Lissa J. Paris and Derek T. Werner, Murtha Cullina, LLP, CityPlace 1 - 185 Asylum Street, Hartfford, CT 06103-3469

_____
Kenneth I. Friedman

2