*GRANTED. The Clerk shall docket the Amended Complaint. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 03/24/04*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALENTINE BUCKNOR, | CIVIL NO. 3:03-CV-01003 (AWT) |
| Plaintiff | |
| VS. | |
| C & S WHOLESALE GROCERS, INC. Defendant | MARCH 15, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the Court's order dated February 25, 2004, and Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves for leave of court to amend his complaint, in accordance with the proposed amended complaint submitted herewith.

The purpose of the amendment is to address the issues raised in the court's order of February 25, 2004 and also to set forth statutory claims under 42 U.S.C. Section 1981 and Conn. Gen. Stat. Section 31-290a, and to further clarify the allegations of the complaint.

A memorandum of law in support of this motion is submitted herewith.

LAW OFFICES OF KEN FRIEDMAN, LLC
2389 MAIN STREET • GLASTONBURY, CT 06033 • PHONE: (860) 659-6557 • FAX: (860) 659-1625
JURIS NO. 421704