UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | MARCH 26, 2004 |

MOTION FOR EXTENSION OF TIME

    The defendant, C&S Wholesale Grocers, Inc. ("C&S") moves for an extension of time of thirty (30) days, up to and including April 25, 2004, in which to answer or otherwise plead in this employment discrimination action. This is C&S' second motion for extension of time in this matter, but its first request for an extension of time with respect to the recently amended complaint. C&S requests this extension because the Amended Complaint includes additional allegations that were not asserted in Plaintiff's pro se complaint. Accordingly, C&S' counsel requires additional time to investigate the additional allegations of the Amended Complaint. C&S' counsel has attempted to contact Plaintiff's counsel to obtain his consent to this motion, but has been unsuccessful.

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

-2-

DEFENDANT - C&S WHOLESALE GROCERS, INC.


By      /s/ Derek T. Werner
    Lissa J. Paris – ct04251
    Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
Email:    lparis@murthalaw.com
         dwerner@murthalaw.com
Their Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 26th day of March, 2004 to:

Kenneth I. Friedman, Esq.
2839 Main Street
Glastonbury, Connecticut  06033

/s/s Derek T. Werner
Derek T. Werner – ct23419