*Held 1/2-Hour*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

April 1, 2004

10:00 a.m.

CASE NO. **3:03CV1003 (AWT)**    **Bucknor v. C & S Wholesale Grocer**

COUNSEL OF RECORD:

✓ Kenneth I. Friedman        Law Offices of Ken Friedman
                             2389 Main St.
                             Glastonbury, CT 06033
                             860-659-6557
                             860-659-1625 (fax)
                             kfriedman@kenfriedman.com

Lissa J. Paris               Murtha Cullina LLP
                             Cityplace I, 185 Asylum St.
                             Hartford, CT 06103-3469
                             860-240-6032
                             860-240-6150 (fax)
                             lparis@murthalaw.com

✓ Derek T. Werner            Murtha Cullina LLP
                             Cityplace I, 185 Asylum St.
                             Hartford, CT 06103
                             860-240-6000
                             860-240-6150 (fax)
                             dwerner@murthalaw.com

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK

Richard Slavin          Cohen & Wolf, P.C.
                        1115 Broad St., PO Box 1821
                        Bridgeport, CT 06604
                        203-368-0211
                        rslavin@cohenandwolf.com

Joyce H. Young          Ivey, Barnum & O'Mara
                        170 Mason St., PO Box 1689
                        Greenwich, CT 06836
                        203-661-6000
                        203-661-9462 (fax)
                        jyoung@ibolaw.com


                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK