UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| Defendant. | : | MARCH 26, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant, C&S Wholesale Grocers, Inc. ("C&S") moves for an extension of time of thirty (30) days, up to and including April 25, 2004, in which to answer or otherwise plead in this employment discrimination action. This is C&S' second motion for extension of time in this matter, but its first request for an extension of time with respect to the recently amended complaint. C&S requests this extension because the Amended Complaint includes additional allegations that were not asserted in Plaintiff's pro se complaint. Accordingly, C&S' counsel requires additional time to investigate the additional allegations of the Amended Complaint. C&S' counsel has attempted to contact Plaintiff's counsel to obtain his consent to this motion, but has been unsuccessful.

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

Extension GRANTED, nunc pro tunc, to and including April 25, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    03/30/04