UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 14 A 11: 16
U.S. DISTRICT COURT
HARTFORD, CT.

VALENTINE BUCKNOR,
    Plaintiff,

v.                               CASE NO. 3:03CV1003 (AWT)

C&S WHOLESALE GROCERS, INC.,
    Defendant.

## SCHEDULING ORDER

After a status conference held on April 1, 2004 at which the plaintiff was represented by Attorney Kenneth I. Friedman and the defendant was represented by Attorney Derek T. Werner, it is hereby ORDERED that:

1. All discovery, including discovery relating to expert witnesses, shall be completed by no later than **December 15, 2004**.

2. To assist the court in scheduling a settlement conference, the parties shall submit a Joint Mediation Report directly to the undersigned's chambers by no later than **May 21, 2004**. See Order to Submit Joint Mediation Report entered on this date.

3. Dispositive motions, if any, shall be filed by no later than **December 15, 2004**.

4. If no dispositive motion is filed, the parties shall file a joint trial memorandum by **January 18, 2005**. The memorandum will be in the form prescribed by the District

Court's Standing Order Regarding Trial Memoranda in Civil Cases (see Local Rules of Civil Procedure), and must be certified that it is a joint product of consultation between the lawyers trying the case.

SO ORDERED at Hartford, Connecticut, this 14th day of April, 2004.

Donna F. Martinez
United States Magistrate Judge