UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | APRIL 26, 2004 |

ANSWER AND AFFIRMATIVE DEFENSES

I.  INTRODUCTION

1. C&S Wholesale Grocers, Inc. ("C&S") makes no response to Plaintiff's preliminary statement.

II. JURISDICTION AND VENUE

2. Admitted.

3. C&S admits the allegations of paragraph 3, but lacks knowledge or information necessary to admit or deny the date on which Plaintiff alleges to have received the Notice of Right to Sue.

4. C&S admits the first sentence, but does not respond to the second sentence, as it is in the form of a jurisdictional statement.

5. C&S does not respond to this paragraph, as it is in the form of a jurisdictional statement.

      6.      C&S does not respond to this paragraph, as it is in the form of a jurisdictional statement.

      7.      C&S does not respond to this paragraph, as it is in the form of a jurisdictional statement.

      8.      Admitted.

### III. PARTIES

      9.      C&S lacks knowledge or information necessary to admit or deny the allegations, and therefore leaves the plaintiff to his proof.

      10.      Admitted.

### IV. FACTS

      11.      Admitted.

      12.      Admitted.

      13.      Denied.

      14.      Admitted.

      15.      Denied.

      16.      Denied.

      17.      Denied.

      18.      C&S admits that Plaintiff's employment was terminated on March 2, 2001, but denies the remaining allegations.

      19.      Denied.

    20.    Admitted.

    21.    C&S lacks knowledge or information necessary to admit or deny the allegations of the first five sentences of paragraph 21. Upon information and belief, C&S denies the remaining allegations.

    22.    Denied.

    23.    Denied.

V.    <u>FIRST COUNT</u>

    24.    Denied.

VI.    <u>SECOND COUNT</u>

    25.    Denied.

VII.    <u>THIRD COUNT</u>

    26.    Denied.

<u>AFFIRMATIVE DEFENSES</u>

<u>FIRST AFFIRMATIVE DEFENSE (as to all Counts)</u>

Plaintiff has failed to state a claim upon which relief may be granted.

<u>SECOND AFFIRMATIVE DEFENSE (as to all Counts)</u>

Upon information and belief, Plaintiff has failed to mitigate his damages.

<u>THIRD AFFIRMATIVE DEFENSE (as to First Count)</u>

Plaintiff is not a qualified person with a disability.

FOURTH AFFIRMATIVE DEFENSE (as to First Count)

C&S reasonably accommodated Plaintiff by providing him with a lighter-duty position.

FIFTH AFFIRMATIVE DEFENSE (as to Second Count)

Upon information and belief, Plaintiff failed to properly invoke Defendant's anti-harassment policies.

DEFENDANT – C&S WHOLESALE GROCERS, INC.

By   /s/ Derek T. Werner
   Lissa J. Paris – ct04251
   Derek T. Werner - ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer and Affirmative Defenses was mailed first-class, postage prepaid, on this 26th day of April, 2004 to:

Kenneth I. Friedman
Law Offices of Kenneth I. Friedman
2389 Main Street
Glastonbury, Connecticut  06033

                                                     /s/ Derek T. Werner
                                       Derek T. Werner – ct23419