FILED

2004 MAY 18 P 3: 12

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECTICUT

VALENTINE BUCKNOR          :
                           :
        Plaintiff,         :
                           :    CIVIL ACTION
v.                         :    NO.: 3:03CV01003 (AWT)
                           :
C&S WHOLESALE GROCERS, INC. :
                           :
        Defendant.         :    MAY 18, 2004

## MOTION FOR EXTENSION OF TIME

The defendant C&S Wholesale Grocers, Inc. ("C&S") hereby moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, up to and including June 17, 2004 in which to answer, object or otherwise respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated April 18, 2004. The additional time is necessary for counsel to coordinate with C&S to prepare responses. This is the first motion for extension of time filed with respect to a response to plaintiff's discovery requests. Plaintiff's counsel has no objection to this extension of time.

-2-

DEFENDANT - C&S WHOLESALE
GROCERS, INC.

By _____
Lissa J. Paris – ct04251
Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
Email:       lparis@murthalaw.com
             dwerner@murthalaw.com
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 18th day of May, 2004 to:

Kenneth I. Friedman, Esq.
2839 Main Street
Glastonbury, Connecticut 06033

_____
Derek T. Werner – ct23419