FILED

2004 MAY 18 P 3: 12

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 3:03CV01003 (AWT) |
| C&S WHOLESALE GROCERS, INC. | : | |
| Defendant. | : | MAY 18, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant C&S Wholesale Grocers, Inc. ("C&S") hereby moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, up to and including June 17, 2004 in which to answer, object or otherwise respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated April 18, 2004. The additional time is necessary for counsel to coordinate with C&S to prepare responses. This is the first motion for extension of time filed with respect to a response to plaintiff's discovery requests. Plaintiff's counsel has no objection to this extension of time.

Extension GRANTED, nunc pro tunc,
to and including June 17, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   05/25/04

FILED
2004 MAY 27 A 9: 02
U.S. DISTRICT COURT
HARTFORD, CT.