UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 3:03CV01003 (AWT) |
| | : | |
| C&S WHOLESALE GROCERS, INC. | : | |
| | : | |
| Defendant. | : | JUNE 17, 2004 |

MOTION FOR EXTENSION OF TIME

    The defendant C&S Wholesale Grocers, Inc. ("C&S") hereby moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, up to and including July 17, 2004 in which to answer, object or otherwise respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated April 18, 2004.  The additional time is necessary because the Human Resources Manager with whom counsel had been coordinating C&S' responses no longer works for C&S.  C&S requires additional time for someone else to become acquainted with Plaintiff's claims and discovery requests, and to coordinate with counsel to prepare C&S' responses.  This is the second motion for extension of time filed with respect to a response to plaintiff's discovery requests.  Despite diligent effort, the undersigned has been unable to ascertain opposing counsel's position with respect to this extension of time.

-2-

DEFENDANT - C&S WHOLESALE GROCERS, INC.


By                                         /s/Derek T. Werner
            Lissa J. Paris – ct04251
            Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
Email:                      lparis@murthalaw.com
                              dwerner@murthalaw.com
Their Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 17th day of June, 2004 to:

Kenneth I. Friedman, Esq.
2389 Main Street
Glastonbury, Connecticut  06033

                                                /s/Derek T. Werner
                                         Derek T. Werner – ct23419