FILED

2004 JUN 17 P 4: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALENTINE BUCKNOR | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO.: 3:03CV01003 (AWT) |
| C&S WHOLESALE GROCERS, INC. | : |
| Defendant. | : JUNE 17, 2004 |

MOTION FOR EXTENSION OF TIME

The defendant C&S Wholesale Grocers, Inc. ("C&S") hereby moves, pursuant to Local Rule 7(b), for an extension of time of thirty (30) days, up to and including July 17, 2004 in which to answer, object or otherwise respond to the Plaintiff's First Set of Interrogatories and Requests for Production dated April 18, 2004. The additional time is necessary because the Human Resources Manager with whom counsel had been coordinating C&S' responses no longer works for C&S. C&S requires additional time for someone else to become acquainted with Plaintiff's claims and discovery requests, and to coordinate with counsel to prepare C&S' responses. This is the second motion for extension of time filed with respect to a response to plaintiff's discovery requests. Despite diligent effort, the undersigned has been unable to ascertain opposing counsel's position with respect to this extension of time.

Extension GRANTED, nunc pro tunc, to and including July 17, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    06/23/04