UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | JUNE 25, 2004 |

WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

        DEFENDANT – C&S WHOLESALE
        GROCERS, INC.


        By /s/ Derek T. Werner
          Derek T. Werner - ct23419

        Murtha Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut 06103-3469
        Telephone: (860) 240-6000
        Facsimile: (860) 240-6150
        Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was mailed first-class, postage prepaid, on this 25th day of June, 2004 to:

Kenneth I. Friedman
Law Offices of Kenneth I. Friedman
2389 Main Street
Glastonbury, Connecticut  06033

          /s/ Derek T. Werner
          Derek T. Werner – ct23419