UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALENTINE BUCKNOR, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 3:03-CV-01003 (AWT) |
| v. | : |
| C&S WHOLESALE GROCERS, INC., | : |
| Defendant. | : JUNE 25, 2004 |

## WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

DEFENDANT – C&S WHOLESALE
GROCERS, INC.

By _____
Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford, CT  07/1/04