UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | JULY 7, 2004 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant C&S Wholesale Grocers, Inc. in the above-captioned action.

                                                    DEFENDANT – C&S WHOLESALE
                                                    GROCERS, INC.

                                                    _____
                                                    Scott E. Schaffer - ct25325

                                                    Murtha Cullina LLP
                                                    CityPlace I - 185 Asylum Street
                                                    Hartford, Connecticut  06103-3469
                                                    Telephone:  (860) 240-6000
                                                    Facsimile:  (860) 240-6150
                                                    Email:  sschaffer@murthalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid, on this 7th day of July, 2004 to:

Kenneth I. Friedman  
Law Offices of Kenneth I. Friedman  
2389 Main Street  
Glastonbury, CT 06033

                                          Scott E. Schaffer - ct25325

734963