UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | November 9, 2004 |

JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move for an extension of time of two (2) months, up to and including February 15, 2005, in which to complete discovery and file any dispositive motions.  Similarly, the parties move for an extension of time of two (2) months, up to and including March 18, 2005, to file their joint trial memorandum, if no dispositive motions are filed.  This is the parties' first request for an extension of time with respect to the discovery deadline, the filing of dispositive motions, and the filing of the joint trial memorandum.  This request is made because of the need to obtain additional third party documents, and thereafter complete depositions.  This Motion is filed as a joint motion with the express consent of counsel for the plaintiff.

DEFENDANT – C&S WHOLESALE
GROCERS, INC.


By /s/ Scott E. Schaffer
   Scott E. Schaffer - ct25325

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel. No.:  860-240-6000
Fax No.:  860-240-6150
sschaffer@murthalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 9th day of November 2004, to:

Kenneth I. Friedman  
Law Offices of Kenneth I. Friedman  
2389 Main Street  
Glastonbury, CT 06033

                                                    /s/ Scott E. Schaffer  
                                                    Scott E. Schaffer - ct25325

753286