FILED

2004 NOV 10 A 10: 15

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALENTINE BUCKNOR,                    :

        Plaintiff,                    :        CIVIL ACTION
                                            :        NO. 3:03-CV-01003 (AWT)

v.                                    :

C&S WHOLESALE GROCERS, INC.,          :

        Defendant.                    :        November 9, 2004

### JOINT MOTION FOR EXTENSION OF TIME

      The parties jointly move for an extension of time of two (2) months, up to

and including February 15, 2005, in which to complete discovery and file any

dispositive motions.  Similarly, the parties move for an extension of time of two (2)

months, up to and including March 18, 2005, to file their joint trial memorandum,

if no dispositive motions are filed.  This is the parties' first request for an extension

of time with respect to the discovery deadline, the filing of dispositive motions, and

the filing of the joint trial memorandum.  This request is made because of the need

to obtain additional third party documents, and thereafter complete depositions.

This Motion is filed as a joint motion with the express consent of counsel for the

plaintiff.

2004 NOV 11 P 2: 04
U.S. DISTRICT COURT
HARTFORD, CT.

FILED

Extensions GRANTED.  Discovery and dispositive motions, if any, shall be filed on or before February 15, 2005.  It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/11/04

03CV1003 end38