UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | November 23, 2004 |

MOTION FOR EXTENSION OF TIME

The defendant C&S Wholesale Grocers, Inc. moves for an extension of time of two (2) months, up to and including April 15, 2005, in which to file any dispositive motions. Defendant also moves for an extension of time of two (2) months, up to and including May 18, 2005, to file the joint trial memorandum, if no dispositive motions are filed. This is the defendant's second request for an extension of time with respect to the dispositive motion and joint trial memorandum deadline. On November 11, 2004, the Court granted a joint motion to extend the discovery and dispositive motion deadline to February 15, 2005. However, this creates a simultaneous discovery and dispositive motion deadline leaving defendant no time after the close of discovery to draft and file its dispositive motions. As a result, defendant seeks two months after the close of discovery on February 15, 2004 to draft and file its dispositive motions. The joint trial memorandum would

then be due approximately one month later, May 18, 2005.  Plaintiff's counsel has been contacted regarding this Motion, and has no objection.

>DEFENDANT – C&S WHOLESALE GROCERS, INC.
>
>
>By /s/ Scott E. Schaffer – ct25325
>
>
>Murtha Cullina LLP
>CityPlace I – 185 Asylum Street
>Hartford, CT 06103
>Its Attorneys
>Tel. No.:  860-240-6000
>Fax No.:  860-240-6150
>sschaffer@murthalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 23rd day of November 2004, to:

Kenneth I. Friedman, Esq.  
Law Offices of Kenneth I. Friedman  
2389 Main Street  
Glastonbury, CT 06033

                                       /s/ Scott E. Schaffer – ct25325

755907