40

FILED
2004 NOV 23 P 4: 12
DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALENTINE BUCKNOR,                :
           Plaintiff,    :    CIVIL ACTION
                     :    NO. 3:03-CV-01003 (AWT)
v.                                :
                     :
C&S WHOLESALE GROCERS, INC.,      :
           Defendant.   :    November 23, 2004

MOTION FOR EXTENSION OF TIME

The defendant C&S Wholesale Grocers, Inc. moves for an extension of time of two (2) months, up to and including April 15, 2005, in which to file any dispositive motions. Defendant also moves for an extension of time of two (2) months, up to and including May 18, 2005, to file the joint trial memorandum, if no dispositive motions are filed. This is the defendant's second request for an extension of time with respect to the dispositive motion and joint trial memorandum deadlines. On November 11, 2004, the Court granted a joint motion to extend the discovery and dispositive motion deadline to February 15, 2005. However, this creates a simultaneous discovery and dispositive motion deadline leaving defendant no time after the close of discovery to draft and file its dispositive motions. As a result, defendant seeks two months after the close of discovery on February 15, 2004 to draft and file its dispositive motions. The joint trial memorandum would

FILED
2004 NOV 30 P 12:21
U.S. DISTRICT COURT
HARTFORD, CT

Extensions GRANTED. Dispositive motions, if any, shall be filed on or before April 15, 2005. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/30/04

03cv1003end40