UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | December 20, 2004 |

WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

DEFENDANT – C&S WHOLESALE
GROCERS, INC.

By /s/ Scott E. Schaffer
   Scott E. Schaffer - ct25325

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel. No.: 860-240-6000
Fax No.: 860-240-6150
sschaffer@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 20th day of December 2004, to:

Kenneth I. Friedman  
Law Offices of Kenneth I. Friedman  
2389 Main Street  
Glastonbury, CT 06033

/s/ Scott E. Schaffer  
Scott E. Schaffer - ct25325