UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | December 20, 2004 |

## WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

DEFENDANT – C&S WHOLESALE
GROCERS, INC.

By __/s/ Scott E. Schaffer__
Scott E. Schaffer / ct25325

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel. No.: 860-240-6000
Fax No.: 860-240-6150
sschaffer@murthalaw.com

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford, CT   1/5/05