UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | JANUARY 11, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant C&S Wholesale Grocers, Inc. in the above-captioned action.

/s/
Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  dwerner@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid, on this 11th day of January, 2005 to:

Kenneth I. Friedman, Esq.
Law Offices of Kenneth I. Friedman
2389 Main Street
Glastonbury, Connecticut 06033

/s/
Derek T. Werner