UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | FEBRUARY 8, 2005 |

MOTION FOR EXTENSION OF TIME

The defendant, C&S Wholesale Grocers, Inc. ("C&S") moves for an extension of time of six weeks, up to and including March 29, 2005, for the parties to complete discovery. C&S also requests an extension of time of six weeks, up to and including May 30, 2005, in which to file any dispositive motions, and an extension of time of six weeks, up to and including June 30, 2005, to file the joint trial memorandum. This is C&S's second request for an extension of time of the discovery deadlines, and its third request for an extension of time with respect to the dispositive motion and joint trial memorandum deadlines.

C&S requires the additional time for the sole purpose of completing the deposition of Mr. Bucknor. The parties have been unable to schedule Mr. Bucknor's deposition prior to the February 15 discovery deadline, but have discussed completing Mr. Bucknor's deposition during the last two weeks of February.

Kenneth Friedman, counsel for Mr. Bucknor, consents to an extension of the discovery deadline as set forth above.  Mr. Friedman also consents to a corresponding extension of the dispositive motion and joint trial memorandum deadlines.

DEFENDANT
C&S WHOLESALE GROCERS, INC.


By____/s/ Derek T. Werner_____
    Lissa J. Paris – ct04251
    Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  lparis@murthalaw.com
        dwerner@murthalaw.com
Its Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed

first class, postage prepaid, on this 8th day of February, 2005 to:

Kenneth I. Friedman, Esq.
Law Offices of Kenneth I. Friedman
2389 Main Street
Glastonbury, Connecticut 06033


_____/s/ Derek T. Werner___
Derek T. Werner –ct23419