FILED
2005 FEB -8 A 11: 12
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| Defendant. | : | FEBRUARY 8, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant, C&S Wholesale Grocers, Inc. ("C&S") moves for an extension of time of six weeks, up to and including March 29, 2005, for the parties to complete discovery. C&S also requests an extension of time of six weeks, up to and including May 30, 2005, in which to file any dispositive motions, and an extension of time of six weeks, up to and including June 30, 2005, to file the joint trial memorandum. This is C&S's second request for an extension of time of the discovery deadlines, and its third request for an extension of time with respect to the dispositive motion and joint trial memorandum deadlines.

C&S requires the additional time for the sole purpose of completing the deposition of Mr. Bucknor. The parties have been unable to schedule Mr. Bucknor's deposition prior to the February 15 discovery deadline, but have discussed completing Mr. Bucknor's deposition during the last two weeks of February.

Extension GRANTED. Discovery shall be completed by March 29, 2005. Dispositive motions, if any, shall be filed on or before May 30, 2005. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/9/05

FILED
2005 FEB 10 P 2:59
U.S. DISTRICT COURT
HARTFORD, CT

03CV1003END45