UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | MARCH 31, 2005 |

MOTION FOR EXTENSION OF TIME

The defendant, C&S Wholesale Grocers, Inc. ("C&S") moves for an extension of time of six weeks, up to and including May 10, 2005, for the parties to complete discovery. C&S also requests an extension of time of six weeks, up to and including July 11, 2005, in which to file any dispositive motions, and an extension of time of six weeks, up to and including July 11, 2005, to file the joint trial memorandum. This is C&S's third request for an extension of time of the discovery deadlines, and its fourth request for an extension of time with respect to the dispositive motion and joint trial memorandum deadlines.

C&S requires the additional time to conduct discovery related to several discrete issues, including items learned during the continued deposition of Mr. Bucknor on March 28, 2005.

Kenneth Friedman, counsel for Mr. Bucknor, has no objection to an extension of the discovery deadline as set forth above. Mr. Friedman also has no objection to a corresponding extension of the dispositive motion and joint trial memorandum deadlines.

- 2 -

        DEFENDANT
        C&S WHOLESALE GROCERS, INC.


        By    /s/ Derek T. Werner
           Lissa J. Paris – ct04251
           Derek T. Werner – ct23419

        Murtha Cullina LLP
        CityPlace I – 185 Asylum Street
        Hartford, Connecticut  06103-3469
        Telephone:  (860) 240-6000
        Facsimile:   (860) 240-6150
        Email:  lparis@murthalaw.com
                 dwerner@murthalaw.com
        Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first class, postage prepaid, on this 31st day of March, 2005 to:

Kenneth I. Friedman, Esq.
Law Offices of Kenneth I. Friedman
2389 Main Street
Glastonbury, Connecticut 06033


         /s/ Derek T. Werner
Derek T. Werner –ct23419