FILED

2005 MAR 31 P 4: 37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD CT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| Defendant. | : | MARCH 31, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant, C&S Wholesale Grocers, Inc. ("C&S") moves for an extension of time of six weeks, up to and including May 10, 2005, for the parties to complete discovery. C&S also requests an extension of time of six weeks, up to and including July 11, 2005, in which to file any dispositive motions, and an extension of time of six weeks, up to and including July 11, 2005, to file the joint trial memorandum. This is C&S's third request for an extension of time of the discovery deadlines, and its fourth request for an extension of time with respect to the dispositive motion and joint trial memorandum deadlines.

C&S requires the additional time to conduct discovery related to several discrete issues, including items learned during the continued deposition of Mr. Bucknor on March 28, 2005.

Kenneth Friedman, counsel for Mr. Bucknor, has no objection to an extension of the discovery deadline as set forth above. Mr. Friedman also has no objection to a corresponding extension of the dispositive motion and joint trial memorandum deadlines.

---

Extensions GRANTED. Discovery shall be completed by May 10, 2005. Dispositive motions, if any, and a joint trial memorandum shall be filed on or before July 11, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/11/05

03CV1003 END47