UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALENTINE BUCKNOR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:03-CV-01003 (AWT) |
| v. | : | |
| | : | |
| C&S WHOLESALE GROCERS, INC., | : | |
| | : | |
| Defendant. | : | JUNE 10, 2005 |

JOINT MOTION FOR EXTENSION OF DEADLINES

The parties jointly move for an extension of time up to and including July 1, 2005, for the parties to complete discovery. The parties have been focusing on settlement during the past several weeks, and have agreed to schedule a final deposition during the month of June. The parties also jointly request an extension of time up to and including September 1, 2005, in which to file any dispositive motions, and an extension of time, up to and including September 30, 2005, to file the joint trial memorandum. Defendant has previously requested to extend the discovery deadline on three occasions, and the joint trial memorandum and dispositive motion deadline on four occasions, but this is the parties' first joint motion for an extension of the applicable deadlines.

-2-

| DEFENDANT | PLAINTIFF – VALENTINE BUCKNOR |
| C&S WHOLESALE GROCERS, INC. | |

By ____/s/ Derek T. Werner_____  
    Lissa J. Paris – ct04251  
    Derek T. Werner – ct23419

Murtha Cullina LLP  
CityPlace I – 185 Asylum Street  
Hartford, Connecticut  06103-3469  
Telephone:  (860) 240-6000  
Facsimile:   (860) 240-6150  
Email:  lparis@murthalaw.com  
       dwerner@murthalaw.com  
Its Attorneys

By _____/s/ Kenneth I. Friedman_____  
    Kenneth I. Friedman – ct03344

Law Offices of Kenneth I. Friedman  
2389 Main Street  
Glastonbury, Connecticut 06033  
Telephone:  (860) 659-6557  
Facsimile:  (860) 659-1625  
Email:  kfriedman@kenfriedman.com  
His Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Joint Motion for Extension of Deadlines was mailed first class, postage prepaid, on this 10th day of June, 2005 to:

Kenneth I. Friedman, Esq.
Law Offices of Kenneth I. Friedman
2389 Main Street
Glastonbury, Connecticut 06033


                                /s/ Derek T. Werner
                            Derek T. Werner –ct23419