**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------x
VALENTINE BUCKNOR,                       :
                                         :
                Plaintiff,               :
                                         :
v.                                       :
                                         : Case No. 03CV01003(AWT)
                                         :
C&S WHOLESALE GROCERS, INC.,             :
                                         :
                Defendant.               :
-----------------------------------------x
```

**ENDORSEMENT ORDER**

    The parties' Joint Motion for Extension of Deadlines (Doc. No. 49) is hereby GRANTED.  Discovery shall be completed by July 1, 2005.  Dispositive motions, if any, shall be filed on or before September 1, 2005.  A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed.

    It is so ordered.

    Dated this 23rd day of June 2005 at Hartford, Connecticut.

/s/AWT
_____
Alvin W. Thompson
United States District Judge