UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO. 303CV01003 (AWT) |
| VALENTINE BUCKNOR | : |  |
| Plaintiff |  |  |
| VS. | : |  |
| C & S Wholesale Grocers, Inc. | : | JULY 28, 2005 |
| Defendant |  |  |

## STIPULATION FOR DISMISSAL

The defendant C & S Wholesale Grocers, Inc. and the Plaintiff Valentine Bucknor, pursuant to F.R.C.P. 41(a)(1) (ii), hereby stipulate that this matter is dismissed, with prejudice and without costs to either party.

THE DEFENDANT, C & S Wholesale Grocers, Inc.

BY: _____
Lissa J. Parris.
Federal Bar No. CT
Murtha Cullina LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103
860-240-6000

THE PLAINTIFF,
Valentine Bucknor

BY: _____
Kenneth I. Friedman, Esq.
Federal Bar No. CT 03344
2389 Main Street
Glastonbury, CT 06033
(860) 659-6557

1

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, via U.S. mail, to the following parties of record postage prepaid this ___ day of July, 2005, as follows:

Kenneth I. Friedman, Esq.
2389 Main Street
Glastonbury, CT 06033 *(Counsel for Plaintiff)*

_____
Lissa J. Paris