UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP -1 P 12:41

: CIVIL ACTION NO. 303CV01003 (AWT)

**VALENTINE BUCKNOR** :

    Plaintiff

VS. :

C & S Wholesale Grocers, Inc. : JULY 28, 2005

    Defendant

## STIPULATION FOR DISMISSAL

The defendant C & S Wholesale Grocers, Inc. and the Plaintiff Valentine Bucknor, pursuant to F.R.C.P. 41(a)(1)(ii), hereby stipulate that this matter is dismissed, with prejudice and without costs to either party.

THE DEFENDANT, C & S Wholesale Grocers, Inc.

BY: _____
Lissa J. Parris.
Federal Bar No. CT
Murtha Cullina LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103
860-240-6000

THE PLAINTIFF,
Valentine Bucknor

BY: _____
Kenneth I. Friedman, Esq.
Federal Bar No. CT 03344
2389 Main Street
Glastonbury, CT 06033
(860) 659-6557

FILED 2005 SEP -3 P 12:26 US DISTRICT COURT HARTFORD, CT.

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT  9/2/05

1